**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1337**

IFTEKHAR UDDIN AHMED,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A75-556-654)

Submtted: September 22, 2003          Decided: October 22, 2003

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Salim Sheikh, New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, Richard M. Evans, Assistant Director, John L. Davis, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Iftekhar Uddin Ahmed, a native and citizen of Bangladesh, petitions for review of a final order of the Board of Immigration Appeals (Board) denying relief on his motion to reopen removal proceedings following the issuance of a removal order <u>in absentia</u>. We have reviewed the record and the Board's order and find no abuse of discretion in the Board's denial of relief. <u>See</u> <u>Stewart v. INS</u>, 181 F.3d 587, 595 (4th Cir. 1999); <u>Sharma v. INS</u>, 89 F.3d 545, 546–48 (9th Cir. 1996); 8 U.S.C. § 1229a(e)(1) (2000).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>